| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>AFRICK, LANCE M. | 2. Court or Organization<br><br>USDC, EASTERN DISTRICT OF LA | 3. Date of Report<br><br>5/05/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>FULL-TIME U.S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>500 POYDRAS STREET<br>ROOM C-405<br>NEW ORLEANS, LA 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Committee Member and President-Elect | Allstate Sugar Bowl |
| 2. Trustee | Trust #1 |
| 3. Director | Africk Family Foundation, Inc. |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Africk, Lance M.

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 5/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting Individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Lynn Luker and Associates, LLC - wages |
| 2. 2009 | Brown Sims, PC - wages |
| 3. 2009 | Porter Malouf PA - legal fee |
| 4. 2009 | Jacques F. Bezou, PLC - legal fee |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New Orleans Bar Association | March 13-15, 2009 | Biloxi, MS | Bench Bar Conference | registration, hotel accommodations |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 5/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 5/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential IRA (Prudential Equity Fund) | A | Dividend | M | T | | | | | |
| 2. Legg Mason Value Trust | A | Dividend | J | T | Sold (part) | 08/10/09 | J | B | |
| 3. | | | | | Sold (part) | 12/21/09 | J | A | |
| 4. | | | | | Buy | 12/10/09 | J | | |
| 5. Whitney Holding Co. | B | Dividend | K | T | | | | | |
| 6. Louisiana Local Gov. Enviro (Municipal Bond) | A | Interest | J | T | | | | | |
| 7. Krispy Kreme Donuts, Inc. | | None | J | T | | | | | |
| 8. RMA Tax Free Fund, Inc. (UBS) | A | Dividend | M | T | | | | | |
| 9. | | | | | Sold (part) | 01/02/09 | J | | |
| 10. | | | | | Buy | 01/02/09 | J | | |
| 11. | | | | | Sold (part) | 01/06/09 | J | | |
| 12. | | | | | Buy | 01/26/09 | J | | |
| 13. | | | | | Sold (part) | 01/27/09 | J | | |
| 14. | | | | | Sold (part) | 01/28/09 | J | | |
| 15. | | | | | Sold (part) | 02/02/09 | J | | |
| 16. | | | | | Buy | 02/23/09 | J | | |
| 17. | | | | | Sold (part) | 03/24/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 5/05/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 03/25/09 | J | | |
| 19. | | | | | Sold (part) | 03/26/09 | J | | |
| 20. | | | | | Buy | 04/24/09 | J | | |
| 21. | | | | | Sold (part) | 05/19/09 | J | | |
| 22. | | | | | Buy | 05/22/09 | J | | |
| 23. | | | | | Sold (part) | 05/28/09 | J | | |
| 24. | | | | | Buy | 06/02/09 | J | | |
| 25. | | | | | Sold (part) | 06/17/09 | J | | |
| 26. | | | | | Buy | 06/24/09 | J | | |
| 27. | | | | | Sold (part) | 07/01/09 | J | | |
| 28. | | | | | Sold (part) | 07/17/09 | J | | |
| 29. | | | | | Buy | 07/27/09 | J | | |
| 30. | | | | | Sold (part) | 07/29/09 | J | | |
| 31. | | | | | Sold (part) | 08/18/09 | J | | |
| 32. | | | | | Sold (part) | 08/19/09 | J | | |
| 33. | | | | | Buy | 08/25/09 | J | | |
| 34. | | | | | Sold (part) | 08/26/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 5/05/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/28/09 | J | | |
| 36. | | | | | Buy | 09/24/09 | J | | |
| 37. | | | | | Buy | 10/26/09 | J | | |
| 38. | | | | | Buy | 11/23/09 | J | | |
| 39. | | | | | Buy | 11/27/09 | M | | |
| 40. | | | | | Buy | 12/02/09 | J | | |
| 41. | | | | | Sold (part) | 12/07/09 | J | | |
| 42. | | | | | Buy | 12/17/09 | J | | |
| 43. | | | | | Buy | 12/24/09 | J | | |
| 44. John Hancock Variable Annuity | A | Dividend | N | T | | | | | |
| 45. RMA UBS Bank USA DEP Account | | | | | | | | | See note #1. |
| 46. Merrill Lynch Priority CMA Tax Exempt Fund | A | Dividend | K | T | Buy | 12/31/09 | J | | |
| 47. Savings account Capital One Bank | A | Interest | J | T | Redeemed | 12/31/09 | J | | |
| 48. Citibank Bank Deposit Program | A | Interest | J | T | | | | | |
| 49. Trust #1 (savings account First Bank & Trust) | A | Interest | J | T | | | | | |
| 50. State of Louisiana (START Program) | A | Interest | K | T | | | | | |
| 51. Certificate of Deposit Countrywide Bank, FSB | A | Interest | J | T | Matured | 09/11/09 | J | A | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 5/05/2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Certificate of Deposit National Citibank OH | A | Interest | J | T | Matured | 09/11/09 | J | A | |
| 53. Certificate of Deposit Citibank, NA | A | Interest | J | T | Matured | 09/11/09 | J | A | |
| 54. Dreyfus Liquid AssetsClass 1 | A | Dividend | J | T | | | | | |
| 55. Certificate of Deposit Beal Bank Nevada | A | Interest | J | T | Buy | 09/11/09 | J | | |
| 56. Certificate of Deposit Ally Bank-UT | A | Interest | J | T | Buy | 09/11/09 | J | | |
| 57. Certificate of Deposit Met Life Bank, NA, NJ | A | Interest | J | T | Buy | 09/11/09 | J | | |
| 58. European Growth Fund Class C | A | Dividend | J | T | Buy | 09/11/09 | J | | |
| 59. | | | | | Buy | 12/28/09 | J | | |
| 60. Growth Fund of America Class C | A | Dividend | J | T | Buy | 09/11/09 | J | | |
| 61. | | | | | Buy | 12/22/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 5/05/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

1. This position was inadvertently reported in prior year Financial Disclosure report. It should have been disposed of in that report.

| Name of Person Reporting | Date of Report |
|---|---|
| AFRICK, LANCE M. | 5/05/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFI[...] MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544